**Ruth WAPNICK and Meri Wapnick,**
**Plaintiffs–Appellants,**

v.

**Seth WAPNICK and John Wapnick,**
**Plaintiffs–Appellees,**

**United States, Defendant–Appellee.**

**No. 04–2871–CV.**

United States Court of Appeals,
Second Circuit.

June 27, 2005.

Ruth Wapnick, (Meri Wapnick, on the brief), Brooklyn, NY, for Appellant, pro se.

Eileen J. O'Connor, Assistant United States Attorney General (Roslynn R. Mauskopf, United States Attorney for the Eastern District of New York, Brooklyn, NY; Frank P. Cihlar, Robert J. Branman, Attorneys, Tax Division, Department of Justice, Washington, DC, on the brief), Washington, DC, for Appellee.

---

* The Honorable Adrian G. Duplantier, of the United States District Court for the Eastern

PRESENT: WALKER, Chief Judge, LEVAL, Circuit Judge, and DUPLANTIER, District Judge.*

**SUMMARY ORDER**

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of said district court be and it hereby is **AFFIRMED.**